# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 25-1016**                              **September Term, 2024**

**FMCSA-89FR105675**

**Filed On: January 10, 2025** [2093406]

Aurora Operations, Inc.,

       Petitioner

    v.

United States Department of
Transportation, et al.,

       Respondents

**N O T I C E**

      This case was docketed on January 10, 2025. The Federal Motor Carrier Safety Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on January 10, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

      The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                          **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                                BY:     /s/
                                                          Erica M. Thorner
                                                          Deputy Clerk

Attachment:
      Certified Copy of Petition for Review