# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1016**　　　　　　　　　　　　　　　**September Term, 2024**

FMCSA-89FR105675

**Filed On: January 10, 2025** [2093413]

Aurora Operations, Inc.,

　　　　Petitioner

　　v.

United States Department of
Transportation, et al.,

　　　　Respondents

## O R D E R

The petition for review in this case was filed and docketed on January 10, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 10, 2025 |
| Docketing Statement Form | February 10, 2025 |
| Procedural Motions, if any | February 10, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 10, 2025 |
| Statement of Issues to be Raised | February 10, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | February 10, 2025 |
| Dispositive Motions, if any | February 24, 2025 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1016**                                   September Term, 2024

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | February 10, 2025 |
| Procedural Motions, if any | February 10, 2025 |
| Certified Index to the Record | February 24, 2025 |
| Dispositive Motions, if any | February 24, 2025 |

It is

  **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

  The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

           BY: /s/
              Erica M. Thorner
              Deputy Clerk

The following forms and notices are available on the Court's website:

  Agency Docketing Statement Form
  Entry of Appearance Form
  Request to Enter Appellate Mediation Program (Optional)
  Notice Concerning Expedition of Appeals and Petitions for Review
  Stipulation to be Placed in Stand-By Pool of Cases (Optional)