# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Aurora Operations, Inc.,

v.

DOT, et al.

**Case No:** 25-1016

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Aurora Operations, Inc., Petitioner

### Counsel Information

**Lead Counsel:** Jeffrey A. Rosen

**Direct Phone:** ( 202 ) 869-7724   **Fax:** ( 202 ) 869-7600   **Email:** jrosen@cravath.com

**2nd Counsel:** John D. Buretta

**Direct Phone:** ( 212 ) 474-1000   **Fax:** ( 212 ) 474-3700   **Email:** jburetta@cravath.com

**3rd Counsel:**

**Direct Phone:** ( ___ ) ___-___   **Fax:** ( ___ ) ___-___   **Email:**

**Firm Name:** Cravath, Swaine & Moore LLP

**Firm Address:** 1601 K Street NW, Washington, D.C. 20006

**Firm Phone:** ( 202 ) 869-7700   **Fax:** ( 202 ) 869-7600   **Email:** jrosen@cravath.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)