# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Aurora Operations, Inc.,

**v.**

DOT, et al.

**Case No:** 25-1016

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Aurora Operations, Inc., Petitioner

### Counsel Information

Lead Counsel: Jeffrey A. Rosen

Direct Phone: ( 202 ) 869-7724  Fax: ( 202 ) 869-7600  Email: jrosen@cravath.com

2nd Counsel: John D. Buretta

Direct Phone: ( 212 ) 474-1000  Fax: ( 212 ) 474-3700  Email: jburetta@cravath.com

3rd Counsel:

Direct Phone: ( ___ ) - Fax: ( ___ ) - Email:

Firm Name: Cravath, Swaine & Moore LLP

Firm Address: 375 Ninth Avenue, New York, NY 10001

Firm Phone: ( 212 ) 474-1000  Fax: ( 212 ) 474-3700  Email: jburetta@cravath.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.