# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Aurora Operations

**v.**

U.S. Dep't of Transportation

**Case No:** 25-1016

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Secretary of Transportation, in official capacity

Fed. Motor Carrier Safety Administration

Deputy Admin. FMCSA, in official capacity

United States of America

### Counsel Information

**Lead Counsel:** Sonia Carson

**Direct Phone:** (202) 616-8209  **Fax:** (202) 514-7964  **Email:** sonia.m.carson@usdoj.gov

**2nd Counsel:** Abby C. Wright

**Direct Phone:** (202) 514-0664  **Fax:** (202) 514-7964  **Email:** abby.wright@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Avenue NW, Washington, DC 20530

**Firm Phone:** (202) 305-1754  **Fax:** (202) 514-7964  **Email:** civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)