# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

AURORA OPERATIONS, INC.,

           Petitioner,

           v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION; PETE BUTTIGIEG, in
his official capacity as Secretary of
Transportation; FEDERAL MOTOR CARRIER
SAFETY ADMINISTRATION; VINCENT G.
WHITE, in his official capacity as Deputy
Administrator of the Federal Motor Carrier
Safety Administration; and UNITED STATES
OF AMERICA,

           Respondents.

Case No. 25-1016

## PETITIONER'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's order dated January 10, 2025, Petitioner Aurora Operations, Inc. hereby submits as follows:

### A.    Parties and *Amici*

Petitioner is Aurora Operations, Inc.

Respondents are the United States Department of Transportation; Pete Buttigieg, Secretary of Transportation, in his official capacity; the Federal Motor Carrier Safety Administration; Vincent G. White, Deputy

Administrator of the Federal Motor Carrier Safety Administration, in his official capacity; and the United States of America.  No amici are currently before the Court.

### B.    Ruling Under Review

The ruling under review is the Federal Motor Carrier Safety Administration decision captioned *Parts and Accessories Necessary for Safe Operation; Application for an Exemption From Waymo LLC (USDOT #3000336) and Aurora Operations, Inc. (USDOT #3441156)*, Docket No. FMCSA-2023-0071, dated December 26, 2024 and published in the Federal Register on December 27, 2024 at 89 Fed. Reg. 105675.

### C.    Related Cases

Petitioner is not aware of any related cases.

*(Signature on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

  by
    /s/ Jeffrey A. Rosen
_____
            Jeffrey A. Rosen

1601 K Street Northwest
   Washington, DC 20006
      (202) 869-7700
         jrosen@cravath.com

John D. Buretta
   Two Manhattan West
      375 Ninth Avenue
         New York, NY 10001
            (212) 474-1000
               jburetta@cravath.com

*Counsel for Petitioner*

February 10, 2025

## CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 10th day of February, 2025,

I caused a true and accurate copy of the foregoing to be filed through the Court's

CM/ECF system, which will serve notice of the filing on counsel for all parties.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
/s/ Jeffrey A. Rosen
Jeffrey A. Rosen

1601 K Street Northwest
Washington, DC 20006
(202) 869-7700
jrosen@cravath.com

John D. Buretta
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
jburetta@cravath.com

*Counsel for Petitioner*

February 10, 2025