# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AURORA OPERATIONS, INC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; PETE BUTTIGIEG, in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; VINCENT G. WHITE, in his official capacity as Deputy Administrator of the Federal Motor Carrier Safety Administration; and UNITED STATES OF AMERICA,<br><br>Respondents. | Case No. 25-1016 |

## **STATEMENT AS TO DEFERRED APPENDIX**

Petitioner and Respondents have agreed to use a deferred appendix in this case. *See* Fed. R. App. P. 30(c); Cir. R. 30(c).

*(Signature on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
　　/s/ Jeffrey A. Rosen
　　　　Jeffrey A. Rosen

1601 K Street Northwest
　Washington, DC 20006
　　(202) 869-7700
　　　jrosen@cravath.com

John D. Buretta
　Two Manhattan West
　　375 Ninth Avenue
　　　New York, NY 10001
　　　　(212) 474-1000
　　　　　jburetta@cravath.com

*Counsel for Petitioner*

February 10, 2025

## CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 10th day of February, 2025, I caused a true and accurate copy of the foregoing to be filed through the Court's CM/ECF system, which will serve notice of the filing on counsel for all parties.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by

　　/s/ Jeffrey A. Rosen
　　　Jeffrey A. Rosen

1601 K Street Northwest
　Washington, DC 20006
　　(202) 869-7700
　　　jrosen@cravath.com

John D. Buretta
　Two Manhattan West
　375 Ninth Avenue
　　New York, NY 10001
　　　(212) 474-1000
　　　　jburetta@cravath.com

*Counsel for Petitioner*

February 10, 2025