# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AURORA OPERATIONS, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION; PETE BUTTIGIEG, in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; VINCENT G. WHITE, in his official capacity as Deputy Administrator of the Federal Motor Carrier Safety Administration; and UNITED STATES OF AMERICA, <br><br> Respondents. | Case No. 25-1016 |

## UNDERLYING DECISION FROM WHICH PETITION ARISES

Attached as Exhibit A is the Federal Motor Carrier Safety Administration decision captioned *Parts and Accessories Necessary for Safe Operation; Application for an Exemption From Waymo LLC (USDOT #3000336) and Aurora Operations, Inc. (USDOT #3441156)*, Docket No. FMCSA-2023-0071, dated December 26, 2024 and published in the Federal Register on December 27, 2024 at 89 Fed. Reg. 105675.

*(Signature on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
  /s/ Jeffrey A. Rosen
  _____
          Jeffrey A. Rosen

1601 K Street Northwest
   Washington, DC 20006
      (202) 869-7700
         jrosen@cravath.com

John D. Buretta
   Two Manhattan West
      375 Ninth Avenue
         New York, NY 10001
            (212) 474-1000
               jburetta@cravath.com

*Counsel for Petitioner*

February 10, 2025

## CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 10th day of February, 2025,

I caused a true and accurate copy of the foregoing to be filed through the Court's

CM/ECF system, which will serve notice of the filing on counsel for all parties.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
/s/ Jeffrey A. Rosen
Jeffrey A. Rosen

1601 K Street Northwest
Washington, DC 20006
(202) 869-7700
jrosen@cravath.com

John D. Buretta
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
jburetta@cravath.com

*Counsel for Petitioner*

February 10, 2025