# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AURORA OPERATIONS, INC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; ADRIENNE CAMIRE, in her official capacity as Deputy Administrator of the Federal Motor Carrier Safety Administration; and UNITED STATES OF AMERICA,<br><br>Respondents. | Case No. 25-1016 |

## STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Petitioner and Respondents respectfully seek a 30-day extension of the briefing schedule. Petitioner and Respondents jointly believe an extension of the briefing schedule would promote judicial efficiency, conserve resources and avoid potentially unnecessary litigation by allowing the parties to continue discussion of potential resolution of some or all of the issues presented without the need for judicial action. The current briefing deadlines are as follows.

                Petitioner's Brief         April 9, 2025

                Respondents' Brief       May 9, 2025

                Petitioner's Reply Brief    May 30, 2025

Deferred Appendix   June 6, 2025

Final Briefs   June 20, 2025

Because the Court has not yet calendared this case for oral argument, the extension requested will not require rescheduling of oral argument. No previous requests for an extension of time have been made, good cause exists for this request and, as required by Circuit Rule 28(e)(2), this motion is filed more than seven days before April 9, 2025, when the first brief is due.

Based on the foregoing, Petitioner and Respondents stipulate and agree to a 30-day extension of time, which would result in the following schedule.

Petitioner's Brief   May 9, 2025

Respondents' Brief   June 9, 2025

Petitioner's Reply Brief   June 30, 2025

Deferred Appendix   July 7, 2025

Final Briefs   July 21, 2025

*(Signatures on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
    */s/ Jeffrey A. Rosen*
    Jeffrey A. Rosen

1601 K Street Northwest
Washington, DC 20006
(202) 869-7700
jrosen@cravath.com

John D. Buretta
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
jburetta@cravath.com

*Counsel for Petitioner*

March 17, 2025


U.S. DEPARTMENT OF JUSTICE,

by
    */s/ Sonia Carson*
    Sonia Carson

Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Room 7241
Washington, DC 20530
(202) 616-8209
sonia.m.carson@usdoj.gov

*Counsel for Respondents*

March 17, 2025

# CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 17th day of March, 2025, I caused a true and accurate copy of the foregoing to be filed through the Court's CM/ECF system, which will serve notice of the filing on counsel for all parties.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
    */s/ Jeffrey A. Rosen*
    Jeffrey A. Rosen

1601 K Street Northwest
Washington, DC 20006
(202) 869-7700
jrosen@cravath.com

John D. Buretta
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
jburetta@cravath.com

*Counsel for Petitioner*

March 17, 2025