**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AURORA OPERATIONS, INC., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF TRANSPORTATION, et al., | ) |
| | ) |
| | ) |
| Respondents. | ) |
| | ) |

**AMENDED CERTIFIED INDEX OF RECORD**

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, David Sutula, Chief, Vehicle and Roadside Operations Division, Office of Policy, at the Federal Motor Carrier Safety Administration, certifies the following to be a list of all documents, exhibits, and other materials comprising the administrative record in the matter under review in this case. These documents are maintained by the United States Department of Transportation, and are available to the public through Regulations.gov, which is accessible online at:

http://regulations.gov by searching for Docket No. FMCSA–2023-0071.

| Document ID | Document Type | Docket Posting Date | Title |
|---|---|---|---|
| FMCSA-2023-0071-0001 | Notice | 3/3/2023 | Application: Parts and Accessories Necessary for Safe Operation |

| Document ID | Document Type | Docket Posting Date | Title |
|---|---|---|---|
| | | | Exemption; Waymo LLC, and Aurora Operations, Inc. |
| FMCSA-2023-0071-0002 | Public Submission | 3/8/2023 | Arnold Petersen - Comments |
| FMCSA-2023-0071-0003 | Public Submission | 3/8/2023 | Joshua Reigles - Comments |
| FMCSA-2023-0071-0004 | Public Submission | 3/8/2023 | Anonymous - Comments |
| FMCSA-2023-0071-0005 | Public Submission | 3/8/2023 | Michael Russell - Comments |
| FMCSA-2023-0071-0006 | Public Submission | 3/8/2023 | Thomas Strese - Comments |
| FMCSA-2023-0071-0007 | Public Submission | 3/8/2023 | AWM Associates, LLC - Comments |
| FMCSA-2023-0071-0008 | Public Submission | 3/8/2023 | Anonymous - Comments |
| FMCSA-2023-0071-0009 | Public Submission | 3/8/2023 | Greg Hawkins - Comments |
| FMCSA-2023-0071-0010 | Public Submission | 3/8/2023 | Anonymous - Comments |
| FMCSA-2023-0071-0011 | Supporting & Related Material | 3/8/2023 | Aurora Application for Exemption |
| FMCSA-2023-0071-0012 | Public Submission | 3/8/2023 | FMCSA - Comments |

| Document ID | Document Type | Docket Posting Date | Title |
|---|---|---|---|
| FMCSA-2023-0071-0013 | Notice | 3/9/2023 | Exemption Application: Parts and Accessories Necessary for Safe Operation; Waymo, LLC, and Aurora Operations, Inc. |
| FMCSA-2023-0071-0014 | Supporting & Related Material | 3/14/2023 | VTTI Report Stopped Automated CMV Warning Device |
| FMCSA-2023-0071-0015 | Supporting & Related Material | 3/14/2023 | Naturalistic Study of Warning Device Equivalency |
| FMCSA-2023-0071-0016 | Public Submission | 3/21/2023 | TechNet - Comments |
| FMCSA-2023-0071-0017 | Public Submission | 3/31/2023 | Autonomous Vehicle Industry Association - Comments |
| FMCSA-2023-0071-0018 | Public Submission | 4/3/2023 | Consumer Technology Association - Comments |
| FMCSA-2023-0071-0019 | Public Submission | 4/4/2023 | U.S. Chamber of Commerce - Comments |
| FMCSA-2023-0071-0020 | Public Submission | 4/4/2023 | Association for Uncrewed Vehicle Systems International - Comments |
| FMCSA-2023-0071-0021 | Public Submission | 4/4/2023 | Owner-Operator Independent Drivers Association (OOIDA) - Comments |
| FMCSA-2023-0071-0022 | Public Submission | 4/4/2023 | Kodiak Robotics, Inc. - Comments |
| FMCSA-2023-0071-0023 | Public Submission | 4/5/2023 | Anonymous - Comments |
| FMCSA-2023-0071-0024 | Public Submission | 4/5/2023 | James  Hazel  - Comments |

| Document ID | Document Type | Docket Posting Date | Title |
| --- | --- | --- | --- |
| FMCSA-2023-0071-0025 | Public Submission | 4/5/2023 | Towing and Recovery Association of America, Inc. - Comments |
| FMCSA-2023-0071-0026 | Public Submission | 4/6/2023 | Aaron Kyer - Comments |
| FMCSA-2023-0071-0027 | Public Submission | 4/6/2023 | William Womack - Comments |
| FMCSA-2023-0071-0028 | Public Submission | 4/6/2023 | Dennis Murphy - Comments |
| FMCSA-2023-0071-0029 | Public Submission | 4/6/2023 | Matthew Griessler - Comments |
| FMCSA-2023-0071-0030 | Public Submission | 4/7/2023 | Anonymous - Comments |
| FMCSA-2023-0071-0031 | Public Submission | 4/7/2023 | Mark Kanekoa - Comments |
| FMCSA-2023-0071-0032 | Public Submission | 4/11/2023 | Daimler Truck North America - Comments |
| FMCSA-2023-0071-0033 | Public Submission | 4/11/2023 | Truck Safety Coalition - Comments |
| FMCSA-2023-0071-0034 | Public Submission | 4/11/2023 | Amalgamated Transit Union, AFL-CIO - Comments |
| FMCSA-2023-0071-0035 | Public Submission | 4/11/2023 | Transport Workers Union of America - Comments |
| FMCSA-2023-0071-0036 | Public Submission | 4/11/2023 | Transportation Trades Department - AFL-CIO - Comments |
| FMCSA-2023-0071-0037 | Public Submission | 4/11/2023 | Association for Uncrewed Vehicle Systems International - Comments |

| Document ID | Document Type | Docket Posting Date | Title |
|---|---|---|---|
| FMCSA-2023-0071-0038 | Public Submission | 4/11/2023 | HAAS Alert - Comments |
| FMCSA-2023-0071-0039 | Public Submission | 4/11/2023 | Motor Vehicle Lighting Supplier Safety Institute - Comments |
| FMCSA-2023-0071-0040 | Public Submission | 4/11/2023 | Waabi Innovation US Inc. - Comments |
| FMCSA-2023-0071-0041 | Public Submission | 4/19/2023 | William Hecker - Comments |
| FMCSA-2023-0071-0042 | Other | 4/19/2023 | Waymo LLC and Aurora Operations, Inc. (Response to Comments) |
| FMCSA-2023-0071-0043 | Public Submission | 4/20/2023 | CWK Consulting, LLC - Comments |
| FMCSA-2023-0071-0044 | Public Submission | 7/28/2023 | Comment from Uber Freight US LLC and its affiliates |
| FMCSA-2023-0071-0045 | Public Submission | 8/8/2023 | Comment from Hirschbach Motor Lines, Inc. |
| FMCSA-2023-0071-0046 | Public Submission | 8/25/2023 | Comment from Volvo Autonomous Solutions NA, Inc. |
| FMCSA-2023-0071-0047 | Public Submission | 9/7/2023 | Comment from Werner Enterprises, Inc. |
| FMCSA-2023-0071-0048 | Public Submission | 9/20/2023 | Comment from PACCAR Inc. |
| FMCSA-2023-0071-0049 | Public Submission | 10/3/2023 | Comment from Stack AV Co. |

| Document ID | Document Type | Docket Posting Date | Title |
|---|---|---|---|
| FMCSA-2023-0071-0050 | Public Submission | 2/7/2024 | Comment from Anonymous |
| FMCSA-2023-0071-0051 | Public Submission | 4/24/2024 | Comment from Continental Automotive Systems, Inc. |
| FMCSA-2023-0071-0052 | Public Submission | 6/27/2024 | Comment from MEMA |
| FMCSA-2023-0071-0053 | Public Submission | 7/29/2024 | Comment from American Trucking Association |
| FMCSA-2023-0071-0054 | Public Submission | 8/29/2024 | Comment from Texas Trucking Association |
| FMCSA-2023-0071-0055 | Public Submission | 9/16/2024 | Comment from Institute for Safer Trucking |
| FMCSA-2023-0071-0056 | Public Submission | 10/10/2024 | Comment from Isuzu Technical Center of America |
| FMCSA-2023-0071-0057 | Public Submission | 10/16/2024 | Comment from Montana Trucking Association |
| FMCSA-2023-0071-0058 | Public Submission | 10/18/2024 | Comment from Allegheny Conference on Community Development |
| FMCSA-2023-0071-0059 | Public Submission | 10/22/2024 | Comment from National Fraternal Order of Police |
| FMCSA-2023-0071-0060 | Notice | 12/27/2024 | Exemption Application: Parts and Accessories Necessary for Safe Operation; Waymo, LLC and Aurora Operations, Inc.; Denial |
| FMCSA-2023-0071-0061 | Public Submission | 2/4/2025 | Comment from Aurora Operations, Inc. |

| Document ID | Document Type | Docket Posting Date | Title |
|---|---|---|---|
| FMCSA-2023-0071-0062 | Public Submission | 2/4/2025 | Comment from Autonomous Vehicle Industry Association |

Date: 3/19/25

DAVID MICHAEL SUTULA
Digitally signed by DAVID MICHAEL SUTULA
Date: 2025.03.19 14:02:34 -04'00'

David Sutula, Chief
Vehicle and Roadside Operations Division
Office of Policy
Federal Motor Carrier Safety Administration