

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7517
Washington, DC 20530

Tel: (202) 514-0664

April 3, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

    Re:    *Aurora Operations, Inc. v. DOT*, No. 25-1016

Dear Mr. Cislak:

    I write to inform the Court that I am withdrawing my appearance as counsel in the above-captioned case because I am leaving the Department of Justice as of April 4. The government will continue to be represented by Sonia Carson.

    Sincerely,

    /s/ Abby C. Wright
    Abby C. Wright

cc:    All counsel by ECF