# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1016**                                              September Term, 2024

FMCSA-89FR105675

Filed On: May 2, 2025 [2114026]

Aurora Operations, Inc.,

    Petitioner

    v.

United States Department of
Transportation, et al.,

    Respondents

### O R D E R

Upon consideration of stipulated motion for extension of briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | June 9, 2025 |
| Respondents' Brief | July 9, 2025 |
| Petitioner's Reply Brief | July 30, 2025 |
| Deferred Appendix | August 6, 2025 |
| Final Briefs | August 20, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Scott H. Atchue
Deputy Clerk