# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-1016**                                                       **September Term, 2024**

FMCSA-89FR105675

**Filed On: June 3, 2025** [2118780]

Aurora Operations, Inc.,

    Petitioner

    v.

United States Department of
Transportation, et al.,

    Respondents

## O R D E R

Upon consideration of the parties' stipulation for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | July 9, 2025 |
| Respondents' Brief | August 8, 2025 |
| Petitioner's Reply Brief | August 29, 2025 |
| Deferred Appendix | September 5, 2025 |
| Final Briefs | September 19, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk