# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1016**                                     **September Term, 2024**

FMCSA-89FR105675

Filed On: June 27, 2025 [2122731]

Aurora Operations, Inc.,

    Petitioner

    v.

United States Department of
Transportation, et al.,

    Respondents

## O R D E R

Upon consideration of the parties' stipulated motion for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | September 8, 2025 |
| Respondents' Brief | October 7, 2025 |
| Petitioner's Reply Brief | October 28, 2025 |
| Deferred Appendix | November 4, 2025 |
| Final Briefs | November 18, 2025 |

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                               BY:     /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk