IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AURORA OPERATIONS, INC., <br><br> Petitioner, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, ET AL., <br><br> Respondents. | Case No. 25-1016 |

**STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

      Petitioner and Respondents respectfully seek a 30-day extension of the briefing schedule. Petitioner and Respondents jointly believe an extension of the briefing schedule would promote judicial efficiency, conserve resources and avoid potentially unnecessary litigation by allowing the parties to continue discussion of potential resolution of some or all of the issues presented without the need for judicial action. The current briefing deadlines are as follows.

| | |
|---|---|
| Petitioner's Brief | September 8, 2025 |
| Respondents' Brief | October 7, 2025 |
| Petitioner's Reply Brief | October 28, 2025 |
| Deferred Appendix | November 4, 2025 |
| Final Briefs | November 18, 2025 |

The parties need additional time to discuss and determine the possibility of resolution of the issues presented.

Because the Court has not yet calendared this case for oral argument, the extension requested will not require rescheduling of oral argument. Three previous requests for 30-day extensions of time and one previous request for a 60-day extension of time have been made and granted, good cause exists for this request and, as required by Circuit Rule 28(e)(2), this motion is filed more than seven days before September 8, 2025, when the first brief is due.

Based on the foregoing, Petitioner and Respondents stipulate and agree to a 30-day extension of time, which would result in the following schedule.

| | |
|---|---|
| Petitioner's Brief | October 8, 2025 |
| Respondents' Brief | November 7, 2025 |
| Petitioner's Reply Brief | December 2, 2025 |
| Deferred Appendix | December 9, 2025 |
| Final Briefs | December 23, 2025 |

*(Signatures on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by

  /s/ Jeffrey A. Rosen
Jeffrey A. Rosen

1601 K Street Northwest
Washington, DC 20006
(202) 869-7700
jrosen@cravath.com

John D. Buretta
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
jburetta@cravath.com

*Counsel for Petitioner*

August 25, 2025

U.S. DEPARTMENT OF JUSTICE,

by

  /s/ Casen B. Ross
Casen B. Ross

Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Room 7270
Washington, DC 20530
(202) 514-1923
casen.ross@usdoj.gov

*Counsel for Respondents*

August 25, 2025

# CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 25th day of August, 2025, I caused a true and accurate copy of the foregoing to be filed through the Court's CM/ECF system, which will serve notice of the filing on counsel for all parties.

    Respectfully submitted,

    CRAVATH, SWAINE & MOORE LLP,

  by
    /s/ Jeffrey A. Rosen
      Jeffrey A. Rosen

    1601 K Street Northwest
      Washington, DC 20006
        (202) 869-7700
          jrosen@cravath.com

    John D. Buretta
      Two Manhattan West
      375 Ninth Avenue
        New York, NY 10001
         (212) 474-1000
            jburetta@cravath.com

    *Counsel for Petitioner*

August 25, 2025