# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1016**            **September Term, 2024**

**FMCSA-89FR105675**

**Filed On: August 28, 2025** [2132492]

Aurora Operations, Inc.,

    Petitioner

    v.

United States Department of Transportation, et al.,

    Respondents

## O R D E R

Upon consideration of the stipulated motion for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | October 8, 2025 |
| Respondents' Brief | November 7, 2025 |
| Petitioner's Reply Brief | December 2, 2025 |
| Deferred Appendix | December 9, 2025 |
| Final Briefs | December 23, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Michael C. McGrail
Deputy Clerk