IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AURORA OPERATIONS, INC., <br><br> Petitioner, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, ET AL., <br><br> Respondents. | Case No. 25-1016 |

**STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

Petitioner and Respondents respectfully seek a 30-day extension of the briefing schedule. Petitioner and Respondents jointly believe an extension of the briefing schedule would promote judicial efficiency, conserve resources and avoid potentially unnecessary litigation by allowing the parties to continue discussion of potential resolution of some or all of the issues presented without the need for judicial action. The current briefing deadlines are as follows.

| | |
|---|---|
| Petitioner's Brief | October 8, 2025 |
| Respondents' Brief | November 7, 2025 |
| Petitioner's Reply Brief | December 2, 2025 |
| Deferred Appendix | December 9, 2025 |
| Final Briefs | December 23, 2025 |

The parties need additional time to discuss and determine the possibility of resolution of the issues presented.

Because the Court has not yet calendared this case for oral argument, the extension requested will not require rescheduling of oral argument. Four previous requests for 30-day extensions of time and one previous request for a 60-day extension of time have been made and granted, good cause exists for this request and, as required by Circuit Rule 28(e)(2), this motion is filed more than seven days before October 8, 2025, when the first brief is due.

Based on the foregoing, Petitioner and Respondents stipulate and agree to a 30-day extension of time, which would result in the following schedule.

| | |
|---|---|
| Petitioner's Brief | November 7, 2025 |
| Respondents' Brief | December 8, 2025 |
| Petitioner's Reply Brief | January 5, 2026 |
| Deferred Appendix | January 12, 2026 |
| Final Briefs | January 26, 2026 |

*(Signatures on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
  /s/ Jeffrey A. Rosen
   Jeffrey A. Rosen

1601 K Street Northwest
 Washington, DC 20006
  (202) 869-7700
   jrosen@cravath.com

John D. Buretta
 Two Manhattan West
  375 Ninth Avenue
   New York, NY 10001
    (212) 474-1000
     jburetta@cravath.com

*Counsel for Petitioner*

September 29, 2025

U.S. DEPARTMENT OF JUSTICE,

by
  /s/ Casen B. Ross
   Casen B. Ross

Civil Division, Appellate Staff
 950 Pennsylvania Avenue NW
  Room 7270
   Washington, DC 20530
    (202) 514-1923
     casen.ross@usdoj.gov

*Counsel for Respondents*

September 29, 2025

## CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 29th day of September, 2025, I caused a true and accurate copy of the foregoing to be filed through the Court's CM/ECF system, which will serve notice of the filing on counsel for all parties.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
  /s/ Jeffrey A. Rosen
      Jeffrey A. Rosen

1601 K Street Northwest
  Washington, DC 20006
    (202) 869-7700
      jrosen@cravath.com

John D. Buretta
  Two Manhattan West
    375 Ninth Avenue
      New York, NY 10001
        (212) 474-1000
          jburetta@cravath.com

*Counsel for Petitioner*

September 29, 2025