IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AURORA OPERATIONS, INC., <br><br> Petitioner, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, ET AL., <br><br> Respondents. | Case No. 25-1016 |

## STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)(1)

Petitioner and Respondents hereby stipulate and agree that the above-captioned petition for review is voluntarily dismissed under Federal Rule of Appellate Procedure 42(b)(1), without any determination of the merits of Petitioner's petition.

Each party shall bear its own costs and attorneys' fees and any court fees associated with this proceeding.

*(Signatures on following page)*

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

  by

     /s/ Jeffrey A. Rosen
         Jeffrey A. Rosen

1601 K Street Northwest
  Washington, DC 20006
    (202) 869-7700
      jrosen@cravath.com

John D. Buretta
  Two Manhattan West
    375 Ninth Avenue
      New York, NY 10001
        (212) 474-1000
          jburetta@cravath.com

*Counsel for Petitioner*

October 17, 2025

U.S. DEPARTMENT OF JUSTICE,

  by

     /s/ Casen B. Ross
         Casen B. Ross

Civil Division, Appellate Staff
  950 Pennsylvania Avenue NW
    Room 7270
      Washington, DC 20530
        (202) 514-1923
          casen.ross@usdoj.gov

*Counsel for Respondents*

October 16, 2025

## CERTIFICATE OF SERVICE

I, Jeffrey A. Rosen, hereby certify that on this 17th day of October, 2025, I caused a true and accurate copy of the foregoing to be filed through the Court's CM/ECF system, which will serve notice of the filing on counsel for all parties.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by
   /s/ Jeffrey A. Rosen
      Jeffrey A. Rosen

1601 K Street Northwest
Washington, DC 20006
(202) 869-7700
jrosen@cravath.com

John D. Buretta
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
jburetta@cravath.com

*Counsel for Petitioner*

October 17, 2025

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 50 words, excluding the portions of the document exempted by Federal Rule of Appellate Procedure 32(f).

2. This document complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(6) because it has been prepared using Microsoft Word in proportionally spaced 14-point Times New Roman typeface.

*(Signature on following page)*

        Respectfully submitted,

        CRAVATH, SWAINE & MOORE LLP,

    by
      <u>/s/ Jeffrey A. Rosen                 </u>
        Jeffrey A. Rosen

    1601 K Street Northwest
      Washington, DC 20006
        (202) 869-7700
          jrosen@cravath.com

    John D. Buretta
      Two Manhattan West
        375 Ninth Avenue
          New York, NY 10001
           (212) 474-1000
             jburetta@cravath.com

*Counsel for Petitioner*

October 17, 2025